EXNER SAND & GRAVEL CORPORA-TION, owner of the Scow Florence E, Libellant-Appellant, v. John Walter SWENSON and Carl Swenson, doing business under the name and style of John Swenson Drydocks, Respondent-Appellee.

THE FLORENCE E.

No. 211, Docket 22739.

United States Court of Appeals Second Circuit.

Argued April 6 and 7, 1954.

Decided April 27, 1954.

Purdy, Lamb & Catoggio, New York City (Edmund F. Lamb, New York City, of counsel), for libellant-appellant.

Mahar & Mason, New York City (Frank C. Mason, New York City, of counsel), for respondents-appellees.

Before CHASE, Chief Judge, and SWAN and FRANK, Circuit Judges.

PER CURIAM.

Affirmed on the opinion below. D.C., 110 F.Supp. 531.

GEMOLOGICAL INSTITUTE OF AMERICA, Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 13576.

United States Court of Appeals Ninth Circuit.

April 14, 1954.

Dana Latham, Austin H. Peck, Jr., Henry C. Diehl, Los Angeles, Cal., for petitioner.

H. Brian Holland, Asst. Atty. Gen., Ellis N. Slack, Robert N. Anderson, Cecelia H. Goetz, Sp. Assts. to Atty. Gen., Charles W. Davis, Chief Counsel, Bureau of Internal Revenue, John J. Kelly, Jr., Sp. Asst. to Atty. Gen., Washington, D.C., for respondent.

Before MATHEWS, STEPHENS and BONE, Circuit Judges.

PER CURIAM.

On the grounds and for the reasons stated in its opinion, 17 T.C. 1604, the decision of the Tax Court is affirmed.

Charles C. D. GOTT, Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 188, Docket 22875.

United States Court of Appeals Second Circuit.

Argued April 8, 1954.

Decided April 27, 1954.

John R. Brook, George V. Mahoney, New York City, for petitioner.

H. Brian Holland, Asst. Atty. Gen., Ellis N. Slack, C. Moxley Featherston, Sp. Assts. to the Atty. Gen., for respondent.

Before CHASE, Chief Judge, and SWAN and FRANK, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of the Tax Court, 12 T.C.M. 435.

Bogardus v. Commissioner, 302 U.S. 34, 58 S.Ct. 61, 82 L.Ed. 32, on which the petitioner much relies, is distinguishable on the facts.